# **Exhibit A**



# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

## WARRANT FOR COMMITMENT

☐ SUPERIOR COURT     ☐ FAMILY COURT     ☐ DISTRICT COURT

**1. CASE NUMBERS:** P1-91-1941A

**2. DEFENDANT'S NAME:** Raymond Tempest
ALIAS

**3. DATE OF BIRTH:** 1-28-53

**4. SOCIAL SECURITY NO.:**

**5. ACTION**
☐ PRE-ARRAIGNMENT CONFERENCE    ☑ ARRAIGNMENT    ☐ BAIL HEARING    ☐ MOTION(S)
☐ WITNESS    ☐ DISPOSITION    ☐ VIOLATION HEARING    ☐ PRE-TRIAL CONFERENCE
☐ TRIAL    ☐ SENTENCING    ☐ PRESENT AS VIOLATOR    ☐ OTHER

**6. ACTION RESULT**
☐ NO ACTION    ☑ CONTINUED    ☐ RELEASED ON PERSONAL RECOGNIZANCE
☐ VIOLATION WITHDRAWN    ☐ DECLARED VIOLATOR    ☐ DECLARED NOT VIOLATOR
☐ CASE DISPOSED    ☐ CASE DISPOSED/SENTENCED    ☐ SENTENCED
☐ OTHER    NEXT COURT DATE: 6/12    ☐ NO DATE SET

**7. DISPOSITION - SENTENCE**

| COUNT | CHARGES | DISP. | SENT. DEFRD. | FULL SENT. | TERM TO SERVE | SUSP. TERM | PROB. TERM | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

RETROACTIVE DATE (IF ORDERED):     ☐ JUDGMENT TO FOLLOW

**8. BAIL STATUS**
☑ HELD WITHOUT BAIL
☐ SURETY
☐ DOUBLE SURETY
☐ CASH
☐ OTHER

| COUNT | CHARGES | AMOUNT OF BAIL |
|---|---|---|
| 1 | Murder | |

**9. TO ANY AUTHORIZED OFFICER:**

The court has ordered the above defendant ☑ COMMITTED ☐ REMANDED to the ☑ ADULT CORRECTIONAL INSTITUTION

☐ INSTITUTE FOR MENTAL HEALTH    ☐ WOMEN'S DIVISION    ☐ OTHER

for future appearance before the court or for detention according to the conditions which have been imposed. You are ordered to take the defendant to the proper authority at the above location. The proper authority is required to take the defendant into custody until the order is fulfilled or until the defendant is discharged according to the law.

**10. DATE:** 6/3/91     **11. JUDGE:**     **12. CLERK:** S. Lopes

THE DEFENDANT HAS BEEN COMMITTED TO THE ABOVE INSTITUTION AS COMMANDED

**13. DATE COMMITTED**     **14. AUTHORIZED OFFICER**     **15. COMMITMENT NO.**

INSTRUCTIONS ON REVERSE SIDE
DISTRIBUTION
WHITE -- DOC, YELLOW -- FILE COPY

J-5 (4/90)

# WARRANT FOR COMMITMENT

## INSTRUCTIONS

### Each Case Requires a Separate Form

**Block 1** — There are three lines for case numbers in order to accommodate instances where there could be a **Superior Court case number** with a related **District Court case number** and/or a related **Miscellaneous Petition number** or a **Family Court case number** with a related **Petition number**. If there is no case number, write in "No case number" in this block.

**Blocks 2-4** — Self-explanatory.

**Block 5** — Check appropriate box for the action in which the defendant is before the court.

**Block 6** — Check appropriate box to indicate the result of the action and enter the next date the defendant is to appear before the court, if any. If next date is not known or there is no next date, check block "NO DATE SET".

**Block 7** — Enter the appropriate count/charge disposition/sentencing information under the indicated headings for all counts/charges **even if only one** of the charges disposed results in incarceration. Group charges together when charges and sentences are the same (e.g. Cts 1-5, ADW, etc.). Enter retroactive date for sentence, if appropriate. Check "JUDGMENT TO FOLLOW" box, if appropriate.

**Block 8** — **Check appropriate box to indicate bail status and enter the counts/charges in the section provided with the amount of bail set. If bail set is on the CASE, the amount need be entered only once. If bail set is CHARGE specific, enter the respective bail set for each charge. Group charges together when charges and bail set are the same.**

**Block 9** — The **"COMMITTED" box** is checked if the defendant is being committed for failure to post the amount of the bail that has been set by the court, the defendant is being held without bail, or the defendant is sentenced to be incarcerated **and is not** under the jurisdiction of the Department of Corrections at the time of bail or sentencing action (new commitment).

The **"REMANDED" box** is checked if the defendant is before the court for any action while in the custody of the Department of Corrections and is to be returned there after the action is completed. It should also be used if the defendant has bail set, reset or changed, or the defendant is sentenced to be incarcerated **and is** under the jurisdiction of the Department of Corrections at the time of bail or sentencing action.

Check appropriate box to indicate the institution to which the defendant is being committed/remanded.

**Block 10** — Enter the date on which the defendant appeared before the court.

**Blocks 11-12** — Signature of Judge or Clerk.

**Blocks 13-15** — To be filled out only by Authorized Committing Officer and Department of Corrections personnel.